

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jader De Jesus Diaz Aguirre | **Civil Action No.** 26-cv-02282-BJC-JLB |
| **Plaintiff,** | |
| V. | |
| See Attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court grants the petition for a writ of habeas corpus. Respondents shall hold a bond hearing no later than June 2, 2026, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**Date:** _____ 5/21/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez _____

A. Cortez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-02282-BJC-JLB

Jeremy Casey, Facility Administrator at the Imperial Regional Detention Facility; Gregory J. Archambeault, Director of the U.S. Immigration and Customs Enforcement San Diego Field Office; Todd Lyons, acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullins, secretary of the U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General


Respondents